IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF WASHINGTON
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ETHELEE MASON A/K/A JOEY E. MASON, )<br>)<br>Defendant. )<br>_____ ) | Case No.<br><br>**UNITED STATES' COMPLAINT TO REDUCE ASSESSMENTS TO JUDGMENT** |

This is a civil action brought by the United States of America to reduce to judgment federal income tax assessments against defendant Ethelee Mason.

1. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, under Sections 7401 and 7403 of the Internal Revenue Code ("IRC") of 1986 (26 U.S.C.).

2. The Court has jurisdiction over this action under IRC §§ 7402, 7403 and 28 U.S.C. §§ 1340 and 1345.

3. Venue is proper in the Western District of Washington under 28 U.S.C. §§ 1391(b) and 1396 because the defendant resides in this judicial district, in Friday Harbor, WA.

UNITED STATES' COMPLAINT
(Case No. )

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-0564

4. On the dates and in the amounts set forth below, a delegate of the Secretary of the Treasury made timely assessments against defendant Ethelee Mason for federal income taxes, penalties, interest and other statutory additions for the periods as follows (unassessed interest and penalty accruals are calculated to December 31, 2013):

| Tax Period | Assessment Date | Assessment Amount | Assessment Type | Unpaid Balance as of 12/31/2013 |
|---|---|---|---|---|
| 2003 | 5/31/2004 | 5,925.00 | Tax | |
| | 5/31/2004 | 62.00 | Estimated tax penalty | |
| | 5/31/2004 | 50.84 | Failure to pay penalty | |
| | 5/31/2004 | 32.05 | Interest | |
| | 11/28/2005 | 838.86 | Failure to pay penalty | |
| | 11/28/2011 | 381.30 | Failure to pay penalty | |
| | 10/21/2013 | 100.00 | Fees and collection costs | |
| | 10/21/2013 | 3,592.46 | Interest | $10,210.92 |
| 2004 | 5/22/2006 | 20,237.00 | Tax | |
| | 5/22/2006 | 188.64 | Estimated tax penalty | |
| | 5/22/2006 | 4,553.32 | Late filing penalty | |
| | 5/22/2006 | 1,416.59 | Failure to pay penalty | |
| | 5/22/2006 | 1,766.50 | Interest | |
| | 11/28/2011 | 3,642.65 | Failure to pay penalty | |
| | 10/21/2013 | 12,392.31 | Interest | $44,455.67 |
| 2005 | 5/29/2006 | 3,541.00 | Tax | |
| | 5/29/2006 | 139.00 | Estimated tax penalty | |
| | 5/29/2006 | 34.84 | Failure to pay penalty | |
| | 5/29/2006 | 29.51 | Interest | |
| | 10/8/2007 | 4,174.00 | Accuracy penalty | |
| | | 20,868.00 | Tax | |
| | | 6,052.91 | Failure to pay penalty | |
| | | 13,026.60 | Interest | $48,087.64 |
| **TOTAL** | | | | **$102,754.23** |

5. The earliest collection statute of limitations expires on May 31, 2014, which is for defendant's 2003 federal income tax liability.

6. Proper notice and demand for payment of the assessments set forth in paragraph 5 has been made on defendant Ethelee Mason.

UNITED STATES' COMPLAINT
(Case No. )

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-514-0564

1  7. Despite timely notice and demand for payment, defendant Ethelee Mason has neglected,

2  failed or refused to pay the liabilities set forth in paragraph 5 in full and there remains due

3  and owing to the United States the amount of $102,754.23 (calculated as of December 31,

4  2013) plus interest, penalties and other statutory additions as provided by law.

5  WHEREFORE, the United States prays that the Court adjudge and decree as follows:

6      A.    That the United States be granted judgment against Ethelee Mason for her unpaid

7  federal income tax assessments owed for tax years 2003, 2004, and 2005, in the aggregate

8  amount of $102, 754.23, plus interest, penalties and other statutory additions as provided by law

9  from December 31, 2013;

10      B.    That the United States be awarded its costs and such other further relief as is just

11  and proper.

12      DATED this 6th day of January, 2014.

13      JENNY A. DURKAN
    United States Attorney

14

    ROBERT P. BROUILLARD, WSB #19786
15      Assistant United States Attorney

16

    /s/Kari M. Larson
17      KARI MADRENE LARSON
    Trial Attorney, Tax Division
18      U.S. Department of Justice
    P.O. Box 683
19      Ben Franklin Station
    Washington, D.C.  20044-0683
20      Telephone: 202-616-3822
    Fax: 202-307-0054
21      Kari.M.Larson@usdoj.gov

22

23

UNITED STATES' COMPLAINT
(Case No. )

3

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-514-0564